# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133750
133751

JEFFREY BROOKSHIRE, Personal
Representative of the Estate of
Jeannette Brookshire,
        Plaintiff-Appellant,

v

SC: 133750, 133751
COA: 257214, 257629
Washtenaw CC: 03-000731-NH

BHARTIBEN PATEL, M.D.,
PATEL INTERNAL MEDICINE
ASSOCIATES, P.C., KELLY
MANDAGERE, M.D., ANN ARBOR
ENDOCRINOLOGY & DIABETES
ASSOCIATES, P.C., NANCYLEE
STIER, M.D., ANN ARBOR
INPATIENT PHYSICIANS, P.L.L.C.,
ROBERT URBANIC, M.D., and
TRINITY HEALTH--MICHIGAN,
d/b/a ST. JOSEPH MERCY HOSPITAL,
f/k/a MERCY HEALTH SERVICES,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk